# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>Jontez Xavier McLeod<br><br>Date of Original Judgment: 03/07/2022<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)  Case No: 0419 3:20CR00156-002<br>)<br>)  USM No: 14010-509<br>)<br>)  Richard L. Brown, Jr.<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed **aggregate** sentence of imprisonment *(as reflected in the last judgment issued)* of   141   months **is reduced to**   130  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 03/24/2022, shall remain in effect.

**IT IS SO ORDERED**.

Effective Date: 02/01/2024
*(if different from order date)*

Signed: October 17, 2024

Frank D. Whitney
United States District Judge

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Jontez Zavier McLeod
CASE NUMBER: 0419 3:20CR00156
DISTRICT: Western District of North Carolina

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 21          Amended Total Offense Level: 21
Criminal History Category: IV             Criminal History Category: III
Previous Guideline Range: 57 to 71 months   Amended Guideline Range: 46 to 57 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.
☒ Other (explain): The aggregate sentence includes an 84-month consecutive sentence to which the defendant was sentenced in Count 2.

### III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Defendant is eligible for a sentence reduction under Amendment 821 to the United States Sentencing Guidelines. Under Part A of the Amendment, Defendant now scores six criminal history points instead of seven, which results in a criminal history category of III and a guideline range of 46 to 57 months on Count 1, lower than his original guideline range of 57 to 71 months, in addition to his mandatory minimum sentence of 84 months on Count 2. Therefore, he is eligible for a sentence reduction, and the Court finds an aggregate sentence of 130 months is sufficient but not greater than necessary to serve the purposes of sentencing under 18 U.S.C. Section 3553(a).